# UNITED STATES DISTRICT COURT
Southern District of Texas
Office of the Clerk

Nathan Ochsner, Clerk of the Court

## TRANSCRIPTS ORDERED BY JUDGE

By Order of Honorable <u>Drew B. Tipton</u>

Case Name: <u>USA v. Andrew Venegas</u>
Case Number: <u>4:23-mj-1417-1</u>

Date of Hearing(s):  <u>7</u>/18/2023- Preliminary Examination & Detention Hearing

Transcripts of the proceedings shall be produced on the following basis:

As soon as verbally ordered or by other means ordered on: <u>7/18/2023</u>

| Category | ORIGINAL<br>(Includes Certified Copy to<br>Clerk for Records of the Court) |
|---|---|
| Ordinary | ☐ |
| 14-Day | ☐ |
| Expedited | ☐ |
| 3-Day | ☐ |
| Daily | [X] 24 hour turnaround requested |

Transcript to be prepared by: _____

Request completed by: _____        Date: _____

Transcript completed and submitted to the Court on: _____