UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **vs.** § | **CASE NO. 4:23-mj-1417** |
| § | |
| **ANDREW VENEGAS** § | |

**ORDER**

It is ORDERED that pursuant to 18 U.S.C. § 3145(a)(1), the Southern District of Texas Magistrate Judge's Order granting Defendant Andrew Venegas release from detention is STAYED and REVOKED pending a *de novo* decision on the issue by this Court.

Signed on _____, 2023, in Houston, Texas.

_____
THE HONORABLE DREW B. TIPTON
United States District Judge