United States District Court
Southern District of Texas
**ENTERED**
July 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| **vs.** § § | **CASE NO. 4:23-mj-1417** |
| **ANDREW VENEGAS** § § | |

# ORDER

It is ORDERED that pursuant to 18 U.S.C. § 3145(a)(1), the Southern District of Texas Magistrate Judge's Order granting Defendant Andrew Venegas release from detention is STAYED and REVOKED pending a *de novo* decision on the issue by this Court.

Signed on _____ July 19 _____, 2023, in Houston, Texas.

_____
THE HONORABLE DREW B. TIPTON
United States District Judge